250

THE STATE OF OHIO, APPELLEE, *v.* CLAY, APPELLANT.

(No. 72-748—Decided June 20, 1973.)

*Mr. Michael Nolan,* prosecuting attorney, for appellee.
*Messrs. Lavelle & Yanity* and *Mr. L. Alan Goldsberry,*
for appellant.

*Per Curiam.* An examination of the record fails to
disclose misconduct on the part of the prosecutor. Cer-
tainly there was no affirmative showing by appellant that he
was entitled to a new trial. The jury resolved the facts
of the case and determined the credibility of the witnesses
before it, which was its responsibility. The judgment of
the Court of Appeals is affirmed for the reasons stated in
the opinion of that court (29 Ohio App. 2d 206).

*Judgment affirmed.*